IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATHAN PETTIGREW,

                Petitioner,                ORDER

     v.                                  3:07-cv-00691-bbc

RICK RAEMISCH, Secretary, Wisconsin
Department of Corrections and
ALFONSO GRAHAM, Chair, Wisconsin
Parole Commission,

                Respondents.

---

On December 17, 2007, this court entered an order directing petitioner Nathan Pettigrew to submit either the five dollar filing fee or a completed application for leave to proceed *in forma pauperis* in this habeas corpus proceeding. The order specified that petitioner was to make either of these submissions not later than December 28, 2007. It is now February 6, 2008 and the court has not received the filing fee or a completed application for leave to proceed *in forma pauperis* from petitioner. Accordingly, the petition is DISMISSED WITHOUT PREJUDICE for petitioner's failure to prosecute it.

Entered this 6th day of February, 2008.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge