# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **NATHAN PETTIGREW,** | **JUDGMENT** <br> on a Motion pursuant to |
| Petitioner, | 28 U.S.C. § 2254 |
| v. | Case No.: 3:07-cv-00691-bbc |
| **RICK RAEMISCH,** Secretary, Wisconsin Department of Corrections and **ALFONSO GRAHAM,** Chair, Wisconsin Parole Commission, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel

by Deputy Clerk

2/7/08

_____
Date